# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MYRON MOTLEY,<br><br>　　　　　Defendant. | Case No. 3:19-cr-0026-LRH-WGC<br><br>**Order Staying<br>Magistrate Judge's Order of Release** |

## ORDER

Based upon the motion for revocation of the government, the representations made therein, and this Court having original jurisdiction over the matter, IT IS HEREBY ORDERED that the Magistrate Judge's Order of Release of Myron Motley in the above-referenced action IS STAYED, until the prompt determination of the government's pending motion, before this Court.

　　IT IS SO ORDERED.

DATED this 30th day of May, 2019.　　_____
at 3:30 p.m.　　　　　　　　　　　　HON. LARRY R. HICKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE