UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>MYRON MOTLEY,<br><br>                       Defendant. | Case No. 3:19-cr-00026-LRH<br><br>MINUTE ORDER<br><br>June 7, 2019 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>    REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S):  <u>     NONE APPEARING     </u>

**MINUTE ORDER IN CHAMBERS**:

     Before the court are the Government's Emergency Motion to Revoke (ECF No. 48) and Emergency Motion to Remand/Remove (ECF No. 55). Good cause appearing,

     IT IS HEREBY ORDERED that the Federal Public Defender shall respond to the Government's motions by Tuesday, June 11, 2019.

     IT IS FURTHER ORDERED that the Government shall then file a reply by Wednesday, June 12, 2019.

     IT IS SO ORDERED.

                                                                  DEBRA K. KEMPI, CLERK

                                                                  By: <u>        /s/        </u>

                                                                                 Deputy Clerk