**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MYRON MOTLEY,<br><br>　　　　Defendant. | Case No. 3:19-cr-00026-LRH-CBC<br><br>**MOTION TO EXTEND PRETRIAL MOTION DEADLINES**<br><br>**AND ORDER THEREON** |

Certification: this motion is timely filed.

　　COMES NOW, the defendant, MYRON MOTLEY, by and through his counsel of record, Christopher P. Frey, Assistant Federal Public Defender, and hereby moves to extend time to file pretrial motions, presently due on January 6, 2020,[1] as counsel will be commencing trial on the same date before this Court in the matter of *United States v. Eric Romero-Lobato*, 3:18-cr-00047-LRH-VPC. Counsel has attempted several times in the last few weeks to secure a stipulation to continue the pretrial motion deadline but has not received a response, resulting in the instant motion. Counsel proposes a new pretrial motion deadline of January 20, 2020, with responses due on February 3, 2020, and replies due on February 10, 2020.

---

[1] ECF No. 90.

DATED this 30th of December 2019

RENE L. VALLADARES
Federal Public Defender

By: */s/Christopher P. Frey*
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Attorney for MYRON MOTLEY

**O R D E R**

IT IS SO ORDERED, as to defendant Myron Motley ONLY.

DATED this 31st day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE