**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYRON MOTLEY,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00026-LRH-WGC<br>Case No. 3:19-cr-00027-LRH-WGC<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request)<br><br>**AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and ROBERT KNIEF, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for MYRON MOTLEY, that the parties shall have to and including **January 24, 2020**, to file any and all pretrial motions and notices of defense.

　　　　IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **February 7, 2020**, to file any and all responsive pleadings.

　　　　IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **February 14, 2020**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines.  Counsel is requesting additional time to file pretrial motions mindful of the current trial date of February 25, 2020 at 8:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 16th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ CHRISTOPHER P. FREY*<br>By:_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for MYRON MOTLEY | */s/ Robert Knief*<br>By:_____<br>ROBERT KNIEF<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this _ 17th _ day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE