# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

vs.

MYRON MOTLEY,

　　　　　　　Defendant.

Case No.: 3:19-CR-0026-LRH-WGC

ORDER ON STIPULATION TO RESET DEADLINE
(First Request)

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. At the time defendant filed the memorandum, counsel for the government was in travelling. During that time, government counsel was the sole available caregiver for a child and spent several days in hospital emergency rooms with the child. Counsel for the government needs the additional time to properly prepare a response.

2. The defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadlines.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

. . .

. . .　　　　　　　SEE NEXT PAGE FOR ORDER

. . .

. . .

1

## ORDER

It is therefore ORDERED that the Government's reply regarding defendant's Motion to Suppress (ECF No. 113), is due by the close of business on the 11th day of February 2020.

DATED this 7th day of February, 2020.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE