UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYRON MOTLEY,<br><br>　　　　Defendant. | Case No. 3:19-cr-00026-LRH-WGC<br><br>**ORDER TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for MYRON MOTLEY and CHRISTOPHER CHIOU, Acting United States Attorney, and PETER S. LEVITT, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for August 23, 2021, at 11:00 AM, be vacated and continued by one week to a date convenient to the court.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Motley.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Motley is detained and agrees to the continuance. Specifically, Mr. Motley was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 16th day of August, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for MYRON MOTLEY | By  /s Peter S. Levitt<br>PETER S. LEVITT<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August 23, 2021, at 11:00 AM, be vacated and continued by one week to a date convenient to the court.

DATED this 17th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE