UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-CR-00026-LRH-CSD |
| Plaintiff, | ORDER |
| v. | |
| MYRON MOTLEY, | |
| Defendant. | |

Before the Court is the Defendant Myron Motley's ("Motley") unopposed motion for leave to obtain copy of sealed peremptory strike sheet (ECF No. 389). The Government does not oppose this motion.

On May 23, 2019, a federal grand jury returned an Indictment charging Motley with seven counts: conspiracy to possess with intent to distribute and to distribute oxycodone and hydrocodone (Count One) and methamphetamine (Count Two) in violation of 21 U.S.C. §§ 841 and 846, and distribution of oxycodone (Counts Five, Six, Seven and Ten) and hydrocodone (Count Thirteen) in violation of 21 U.S.C. § 841. On April 6, 2021, the Court dismissed Count Two of the Indictment. After a five day trial that began on May 3, 2021, Motley was convicted by a jury as to the remaining five counts of the Indictment. Motley is currently appealing his judgment and conviction (ECF No. 338) and requests a copy of the sealed peremptory challenge sheet (ECF No. 283). The Government does not oppose this request.

///

///

1

For good cause being found, the Court will grant Motley's unopposed motion.

**IT IS THEREFORE ORDERED** that Motley's unopposed motion for leave to obtain copy of sealed peremptory strike sheet (ECF No. 389) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a copy of the Sealed Peremptory Challenge Sheet (ECF No. 283) to:

> Aarin E. Kevorkian
> Assistant Federal Public Defender
> 411 E. Bonneville, Ste. 250
> Las Vegas, Nevada 89101
> Attorney for Motley, and
>
> Elizabeth O. White
> Assistant United States Attorney
> 400 South Virginia Street, Suite 900
> Reno, Nevada 89501
> Attorney for the Government

**IT IS FURTHER ORDERED** that counsel shall not publicly disclose the names or personal identifying information of any of the jurors, prospective or seated.

**IT IS FURTHER ORDERED** if either counsel determines that the peremptory strike sheet should be included in the excerpts of record for appeal, it shall submit **under seal** to the Ninth Circuit.

**IT IS SO ORDERED**.

DATED this 11th day of August, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE