UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MYRON MOTLEY,<br><br>                    Defendant. | Case No. 3:19-cr-00026-HDM-CSD<br><br>ORDER |

The defendant has filed a motion for appointment of counsel and for a copy of his trial transcripts. (ECF No. 478). As the Federal Public Defender is currently appointed to represent the defendant, and as counsel has provided the defendant a copy of the requested transcripts (ECF No. 485), the motion for appointment of counsel and for transcripts (ECF No. 478) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: This 22nd day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE